**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**


**LARRY E. EALY**                                                                                    **PLAINTIFF**

**vs.**                                                                          **Civil Action No. 3:09-292 HTW-LRA**

**JUDGE WALTER H. RICE**                                                                          **DEFENDANT**


**FINAL JUDGMENT**


        This matter having come on pursuant to the Report and Recommendation of

the United States Magistrate Judge and the objection thereto, and this court, having

found said objection not well taken and having adopted said Report and Recommen-

dation as the order of the court, hereby orders that the above-styled and numbered

cause is dismissed with prejudice.

        **SO ORDERED AND ADJUDGED, this the 29th day of July, 2009.**

                                        **s/ HENRY T. WINGATE**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**